November 25, 1983.

468 A.2d 844

Adler, Appellants v. Xerox Corp.

Argued October 5, 1983. Howard J. Creskoff, for appellants; S. David Fineman, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order vacated and case remanded for disposition of the petition to open. Jurisdiction is relinquished.